FILED
2025 AUG 15  P 06:04
CIVIL DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO.: 2025-07671                                              DIVISION: "I-5"

**GABRIELLE KARAM, SAMANTHA STEVENS, AND MEREDITH KARAM,
INDIVIDUALLY AND ON BEHALF OF
A CLASS OF SIMILARLY SITUATED INDIVIDUALS**

**VERSUS**

**TEA DATING ADVICE, INC.**

FILED: _____        _____
                                       **DEPUTY CLERK**

## SUPPLEMENTAL PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel, come Plaintiffs, Gabrielle Karam, Samantha Stevens, and Meredith Karam, (individually sometimes referred to as a "Plaintiff," and together, "Plaintiffs"), on behalf of themselves and all others similarly situated, and hereby file this Supplemental Petition for Damages and state as follows:

75.

Plaintiffs hereby incorporate all allegations as stated in the original petition filed on August 6, 2025.

76.

Plaintiffs include the signed Affirmation of Petition by each Plaintiff, which are attached hereto as *Exhibits A, B,* and *C*.

77.

Plaintiffs affirm that the facts and circumstances contained in the Petition for Damages, filed on August 6, 2025, are true and correct to the best of their knowledge, information, and belief.

## PRAYER

Plaintiffs re-allege and incorporate by reference the prayer for relief and demand for jury trial set forth in their original petition filed on August 6, 2025. Plaintiffs further pray that Defendant, Tea Dating Advice, Inc., be served with a certified copy of this Supplemental Petition for Damages.

E-Filed



EXHIBIT 4

VERIFIED
Kasie Jiles
2025 AUG 18  A 10:54

FILED
2025 AUG 15  P 06:04
CIVIL
DISTRICT COURT

Respectfully submitted,

s/ *Thomas F. Dixon*
Gladstone N. Jones, III (LA Bar No. 22221)
Lynn E. Swanson (LA Bar No. 22650)
Kevin E. Huddell (LA Bar No. 26930)
Thomas F. Dixon (LA Bar No. 38952)
Rosa E. Acheson (LA Bar No. 39775)
**JONES SWANSON HUDDELL LLC**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

**PLEASE SERVE**:
TEA DATING ADVICE, INC.
Through The Louisiana Long Arm Statute
201 Spear Street, Suite 1100
San Francisco, California, 94105

2

E-Filed

FILED
2025 AUG 15  P 06:04
CIVIL
DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO.: 2025-07671                                   DIVISION: "I-5"

**GABRIELLE KARAM, SAMANTHA STEVENS, AND MEREDITH KARAM,
INDIVIDUALLY AND ON BEHALF OF
A CLASS OF SIMILARLY-SITUATED INDIVIDUALS**

**VERSUS**

**TEA DATING ADVICE, INC.**

FILED: _____        _____
                                          DEPUTY CLERK

## AFFIRMATION OF PETITION

STATE OF LOUISIANA
PARISH OF Orleans

I, Gabrielle, who being duly sworn, did depose and state under penalty of perjury under La. R.S. 14:123, as follows:

1. I am a plaintiff in the above-captioned matter.

2. I read and confirmed the allegations in the Petition for Damages, and affirm that the facts and circumstances contained in the Petition are true and correct to the best of my knowledge, information, and belief.

New Orleans, Louisiana, this 14th day of August, 2025.

_____
**GABRIELLE KARAM**

Witnessed, this 14th day of August, 2025.

_____
WITNESS

E-Filed

**EXHIBIT A**

FILED
2025 AUG 15  P 06:04
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2025-07671                                          DIVISION: "I-5"

GABRIELLE KARAM, SAMANTHA STEVENS, AND MEREDITH KARAM,
INDIVIDUALLY AND ON BEHALF OF
A CLASS OF SIMILARLY-SITUATED INDIVIDUALS

VERSUS

TEA DATING ADVICE, INC.

FILED: _____        _____
                                           DEPUTY CLERK

**AFFIRMATION OF PETITION**

STATE OF LOUISIANA
PARISH OF **ORLEANS**

I, Samantha Stevens who being duly sworn, did depose and state under penalty of perjury under La. R.S. 14:123, as follows:

1. I am a plaintiff in the above-captioned matter.

2. I read and confirmed the allegations in the Petition for Damages, and affirm that the facts and circumstances contained in the Petition are true and correct to the best of my knowledge, information, and belief.

Lake Charles, Louisiana, this 19th day of August, 2025.

*Samantha Stevens*
**SAMANTHA STEVENS**

Witnessed, this 14th day of August, 2025.

_____
WITNESS

FILED
2025 AUG 15  P 06:04
CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO.: 2025-07671                                  DIVISION: "I-5"

**GABRIELLE KARAM, SAMANTHA STEVENS, AND MEREDITH KARAM,
INDIVIDUALLY AND ON BEHALF OF
A CLASS OF SIMILARLY-SITUATED INDIVIDUALS**

**VERSUS**

**TEA DATING ADVICE, INC.**

FILED: _____          _____
                                               DEPUTY CLERK

### AFFIRMATION OF PETITION

STATE OF LOUISIANA
PARISH OF ORLEANS

I, Meredith Karam, who being duly sworn, did depose and state under penalty of perjury under La. R.S. 14:123, as follows:

1. I am a plaintiff in the above-captioned matter.

2. I read and confirmed the allegations in the Petition for Damages, and affirm that the facts and circumstances contained in the Petition are true and correct to the best of my knowledge, information, and belief.

Lake Charles, Louisiana, this 15 day of August, 2025.

_____
MEREDITH KARAM

Witnessed, this 15 day of August, 2025.

_____
WITNESS

E-Filed

**EXHIBIT C**