UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM,** individually and on behalf of all others similarly situated,<br><br>**VERSUS**<br><br><u>**TEA DATING ADVICE, INC.**</u> | CIVIL ACTION NO. 2:25-cv-01790<br><br>SECTION L<br><br>JUDGE ELDON FALLON<br><br>MAG. JUDGE EVA J. DOSSIER |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs, Gabrielle Karam, Samantha Stevens, and Meredith Karam, on behalf of themselves and all others similarly situated, will bring their Motion for Temporary Restraining Order and for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 before the Honorable Eldon E. Fallon at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 at 9:00 a.m. on October 15, 2025.

Respectfully submitted,

*/s/ Lynn E. Swanson*
Gladstone N. Jones, III (LA Bar No. 22221)
Lynn E. Swanson (LA Bar No. 22650)
Kevin E. Huddell (LA Bar No. 26930)
Thomas F. Dixon (LA Bar No. 38952)
Rosa E. Acheson (LA Bar No. 39775)
**JONES SWANSON HUDDELL LLC**
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508