UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GABRIELLE KARAM, SAMANTHA STEVENS, and MEREDITH KARAM,** individually and on behalf of all others similarly situated,<br><br>**VERSUS**<br><br>**TEA DATING ADVICE, INC.** | **CIVIL ACTION NO. 2:25-cv-01790**<br><br>**SECTION L**<br><br>**JUDGE ELDON FALLON**<br><br>**MAG. JUDGE EVA J. DOSSIER** |

## ORDER

CONSIDERING THE FOREGOING Motion for Temporary Restraining Order and for Preliminary Injunction, filed on behalf of Gabrielle Karam, Samantha Stevens, and Meredith Karam, individually and on behalf of all others similarly situated:

**WHEREFORE** Defendant has failed to implement adequate data security policies, procedures, and practices to safeguard user data to protect against the imminent risk of stalking, domestic abuse, dating violence, and/or the threat of physical and sexual harassment and/or violence and abuse and sexual assault;

**WHEREFORE** Defendant continues to approve and accept new users of its application despite having taken no measures to implement adequate data security policies, procedures, and practices to safeguard user data;

**WHEREFORE** this Court has discretion as to whether security should be required;

**IT IS HEREBY ORDERED** that defendant Tea Dating Advice, Inc. is hereby enjoined and restrained from continuing to operate its mobile application the Tea App until it implements adequate data security policies, procedures, and practices to safeguard user data to protect against

the imminent risk of stalking, domestic abuse, dating violence, and/or the threat of physical and sexual harassment and/or violence and abuse and sexual assault.

**IT IS FURTHER ORDERED** that Plaintiffs are relieved from the requirement to post security in this matter.

New Orleans, Louisiana, this ___ day of _____, 2025.


_____
**JUDGE ELDON FALLON**